# UNITED STATES DISTRICT COURT
## Northern District of Alabama
## Western Division

UNITED STATES OF AMERICA

    v.                    Case Number CR 06-J-186-W

DALTON RAY SKINNER
Defendant

### JUDGMENT AND COMMITMENT ORDER
### ON REVOCATION OF SUPERVISED RELEASE

    The defendant, Dalton Ray Skinner , was represented by Joseph G. Pierce.

    It appearing that the defendant in the above styled cause, who was convicted on February 22, 2007 and sentenced to probation for a term of 60 months., has violated the terms of probation , it is hereby ORDERED and ADJUDGED that probation be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 9 months. No further supervision will be required after imprisonment.

    The defendants fine is reimposed in the amount of $5,948.05

    The Court finds that the defendant does not have the ability to pay the Bureau of Prisons Cost of Incarceration Fee.

Signed this the 8th day of November, 2007

                                            INGE PRYTZ JOHNSON
                                            U.S. DISTRICT JUDGE